No. 80–6524. MILLER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–6525. HINKLE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 80–6530. TILLEY *v.* HILLIARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–6534. SILO *v.* KELLY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6535. LAWSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 80–6536. McCLAIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6538. HIGGINS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 80–6539. SYKES *v.* STEPHENS, ATTORNEY GENERAL OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 80–6542. COLLIER *v.* LOS ANGELES SOUTHWEST COLLEGE. C. A. 9th Cir. Certiorari denied.

No. 80–6590. LANIER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6597. DAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6611. DUCKETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6627. J. B. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.